```
                    UNITED STATES BANKRUPTCY COURT
                    NORTHERN DISTRICT OF GEORGIA
                           ROME   DIVISION

IN RE:  GIANFRANCO LANZA AND        {   CHAPTER 13
        JENNIFER M. LANZA,          {
                                    {
        DEBTOR(S)                   {   CASE NO. R08-41296PWB
                                    {
                                    {   JUDGE   BONAPFEL
```

**OBJECTION TO CONFIRMATION**

    COMES NOW MARY IDA TOWNSON, TRUSTEE herein, and objects to Confirmation of the plan for the following reasons:

    1. The Debtor(s)' payments under the proposed plan are not current.

    2. The Debtor(s) has failed to provide the Trustee with a copy of the federal tax return or transcript of such return for the most recent tax year ending immediately before the commencement of the instant case and for which a federal income tax return was filed, in violation of 11 U.S.C. Section 521(e)(2)(A)(i).

    3. Debtor(s) has not filed copies of all payment advices or other evidence of payments received within sixty (60) days before the date of the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv) and Rule 1007(b)(1)(E) F.R. Bankr. P.

    4. The Debtor filed a Chapter 7 case and received a discharge within the past four (4) years.  Thus, the Debtor is not eligible to receive a discharge in this case.  The Debtor proposes to repay unsecured creditors less than one hundred percent (100%) in this case.  The Trustee requests that the Debtor file an affidavit or unsworn declaration which affirms the Debtor understands the ramifications of repaying less than one hundred percent (100%) to all creditors, including but not limited to the possibility that interest may continue to accrue for certain creditors in this case.

    5. Pursuant to information obtained at the meeting of creditors, it appears that the schedules fail to include total household income and expenses, thereby preventing the Chapter 13

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
albertg@atlch13tt.com

Trustee from determining if all available income is being contributed to this repayment plan. Specifically, Debtors testified that their gross income is higher than reflected on Schedule I.

6. The Form 22C filed in this case fails to disclose all of the Debtor's income in the six months preceding the filing of this case.

7. The Chapter 13 budget fails to include expenses for Debtor's truck expense; thereby, possibly rendering the proposed Chapter 13 plan payment to be infeasible, in violation of 11 U.S.C. Section 1325(a)(6).

8. The Debtor wife claims exemptions under O.C.G.A. Section 44-13-100. However, it appears that Georgia was not Debtor's domicile for the 730 days immediately preceding the filing of this petition, thereby rendering the claimed exemption improper pursuant to 11 U.S.C. Section 522(b)(3)(A).

WHEREFORE, the Trustee moves the Court to inquire into the above objections, deny confirmation of this Debtor's(s') Plan and to dismiss the case; or, in the alternative, convert the case to one under Chapter 7.

June 24, 2008

                                            _____/s_____
                                            Albert C. Guthrie, Esq.
                                            for Chapter 13 Trustee
                                            GA Bar No. 142399

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
albertg@atlch13tt.com

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served

DEBTOR(S):

GIANFRANCO LANZA
40 FRANCES WAY
CARTERSVILLE, GA 30120

JENNIFER M. LANZA
40 FRANCES WAY
CARTERSVILLE, GA 30120


ATTORNEY FOR DEBTOR(S):

PERROTTA, CAHN & PRIETO
5 S. PUBLIC SQUARE
CARTERSVILLE, GA 30120




in the above in the foregoing matter with a copy of this pleading by depositing same in the United States Mail in a properly addressed envelope with adequate postage thereon.

This 24TH day of June, 2008.

    /s_____

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, Georgia  30303
(404) 525-1110
albertg@atlch13tt.com